**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6025**

_____

KAM RICHARD CARPENTER,

                                        Plaintiff - Appellant,

        versus

ROBERT BENFIELD; ANGELA TWITTY; JOHNATHAN
STINES; DAVID G. BOBO,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-02-255-1-1-MU)

_____

Submitted:  February 20, 2003        Decided:  February 28, 2003

_____

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kam Richard Carpenter, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kam Richard Carpenter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Carpenter's motion for a certificate of appealability as unnecessary and affirm for the reasons stated by the district court. See Carpenter v. Benfield, No. CA-02-255-1-1-MU (W.D.N.C. filed Nov. 26, 2002; entered Nov. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2